IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON,<br><br>Defendant. | CR 25-57-BLG-SPW<br><br>**ORDER** |

Defendant appeared before the Court on September 26, 2025, for a hearing on the United States' motion to revoke pretrial release. Defendant waived a hearing on the alleged violations of the terms and conditions of release. Therefore, based on the affidavit of Pretrial Services Officer Zane Schumaker, the Court finds by clear and convincing evidence that Defendant violated the terms of release as set forth in Violation No. 1 of the petition. (*See* Doc. 50.)

The United States then moved to detain Defendant pending trial, and Defendant waived a detention hearing.

//

//

//

1

Accordingly, IT IS ORDERED that the United States' motion to revoke Defendant's pretrial release is **GRANTED**.  Defendant is remanded to the custody of the United States Marshals Service.

DATED this 26 day of September, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge