# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON, GINA LARAE MANN, and MICHAEL JOHN NICHOLS, JR.,<br><br>Defendant(s). | CR 25-57-BLG-WWM<br><br>ORDER SETTING STATUS CONFERENCE |

**IT IS HEREBY ORDERED** that counsel for the parties will participate in a status conference at **11:00 a.m.** on **November 24, 2025**. Counsel should call Judge Mercer's conference line: (833) 990-9400 five minutes in advance of the time set for the call. When prompted, enter Meeting ID 972609417.

If the time set for the status conference is not workable for either counsel, the parties should jointly recommend a preferred time for the call during the week of November 24th, 2025.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 20th day of November, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE