# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON, GINA LARAE MANN, and MICHAEL JOHN NICHOLS, JR.,<br><br>Defendants. | CR 25-57-BLG-WWM-2<br><br>ORDER GRANTING SEVERANCE |

Defendant Mann has moved to sever her trial from the trial of her co-defendants, David Wayne Clauson and Michael John Nichols, Jr., pursuant to *Bruton v. United States*, 391 U.S. 123, 126-128 (1968). (Doc. 69). The Government does not object to the motion. (Doc. 71).

Accordingly, **IT IS HEREBY ORDERED** that Mann's motion for severance (Doc. 69) is **GRANTED** and her trial shall be severed from that of her co-defendants.

**IT IS FURTHER ORDERED** that although Defendant Mann will be tried separately, the trial date of **February 9, 2026**, and pretrial deadlines will remain the same. (Doc. 68). The November 21, 2025, scheduling order (Doc. 68) remains

in full force and effect for Defendant Mann.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 6th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE