COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: Colin.Rubich@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID WAYNE CLAUSON, GINA LARAE MANN, and MICHAEL JOHN NICHOLS JR.,**<br><br>Defendants. | **CR 25-57-BLG-WWM**<br><br>**UNITED STATES' NOTICE OF EXPERT WITNESSES UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 16(b)(2)(G)** |

The United States of America, by and through Assistant United States Attorney Colin M. Rubich, pursuant to Rule 16(b)(2)(G) of the Federal Rules of Criminal Procedure, hereby provides notice of the anticipated testimony of the following expert witnesses:

1

      Leonard Moore
      DEA Senior Forensic Chemist

DEA Senior Forensic Chemist Moore tested the methamphetamine recovered in this case and identified as exhibits 1 and 2 in his reports. They will testify that they received the exhibits for drug testing and their testing resulting in the following conclusions:

- Exhibit 1 was a substance that was a net weight of $27.2 \text{ g} \pm 0.2 \text{ g}$ and contained Methamphetamine Hydrochloride with a substance purity level of $44\% \pm 3\%$ and an amount pure substance of $11.9 \text{ g} \pm 0.9 \text{ g}$

- Exhibit 2 was a substance that was a net weight of $398.5 \text{ g} \pm 0.2 \text{ g}$ and contained Methamphetamine Hydrochloride with a substance purity level of $73\% \pm 7\%$ and an amount pure substance of $290.9 \text{ g} \pm 20.4 \text{ g}$

DEA Senior Forensic Chemist Moore will further testify to the bases of his opinions, including the standard operating procedures for receiving, storing, extracting, and reviewing submitted items, and the means, methods, and instruments used in their analysis in this case.

Their reports have been provided in discovery. It is not anticipated that they will be testifying as lay witnesses.

DATED this 8th day of January, 2026.

KURT G. ALME
United States Attorney


*/s/ Colin M. Rubich*
Assistant U.S. Attorney
Attorney for Plaintiff