DAVID A. MERCHANT II
The Law Office of David Merchant
PO Box 50336
Billings, Montana 59105
Merchantlaw406@gmail.com
Phone: (406) 690-7380

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON,<br><br>Defendant. | Case No. CR-25-57-BLG-SPW<br><br>**MOTION TO SET<br>CHANGE OF PLEA HEARING** |

COMES NOW Defendant DAVID CLAUSON, by and through his counsel of record, the DAVID A. MERCHANT II, and moves the Court for an order setting a Change of Plea Hearing.

RESPECTFULLY SUBMITTED this 20th day of January, 2026.

/s/ David A. Merchant II
DAVID A. MERCHANT II
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 20, 2026, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. COLIN RUBICH
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States.

3. DAVID CLAUSON
       Defendant

/s/ David A. Merchant II
DAVID A. MERCHANT II
Counsel for Defendant