IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON,<br><br>Defendant. | CR 25-57-BLG-WWM-1<br><br>ORDER REFERRING MOTION TO CHANGE PLEA |

This Order refers Defendant David Wayne Clauson's Motion to Change of Plea (Doc. 77), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.

**IT IS FURTHER ORDERED** that the jury trial set for February 9, 2026 (Doc. 68) is **VACATED** as to Defendant David Wayne Clauson only.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of January, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE