IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON,<br><br>Defendant. | CR 25-57-BLG-WWM-TJC-1<br><br>**ORDER RESCHEDULING CHANGE OF PLEA HEARING** |

Defendant has requested the change of plea hearing be rescheduled. (Doc. 93.) Good cause appearing, IT IS HEREBY ORDERED that the change of plea hearing currently set for February 9, 2026, at 9:00 a.m. shall be rescheduled to the same date, February 9, 2026 at **3:00 p.m.**

DATED this 6th day of February, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge