# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-57-BLG-WWM |
| Plaintiff, | |
| vs. | **ORDER CONTINUING CHANGE OF PLEA HEARING** |
| DAVID WAYNE CLAUSON, | |
| Defendant. | |

Defendant has filed an unopposed motion requesting the change of plea hearing be continued.  (Doc. 96.)  Good cause appearing, IT IS HEREBY ORDERED that the change of plea hearing currently set for February 9, 2026, at 3:00 p.m. shall be continued to **February 24, 2026, at 2:00 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 9th day of February, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge