IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON, GINA LARAE MANN and MICHAEL JOHN NICHOLS, JR.,<br><br>Defendants. | CR 25-57-BLG-WWM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 118) pursuant to Federal Rule of Criminal Procedure 32.2(b). Defendants David Wayne Clauson, Gina Larae Mann, and Michael John Nichols, Jr. have been adjudged guilty of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). Defendant Clauson has also been adjudged guilty of being a prohibited person in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). All Defendants have admitted to their forfeiture allegations. Defendants' guilty pleas provide a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)-(2), § 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED**:

**IT IS FURTHER ORDERED** that David Wayne Clauson, Gina Larae Mann, and Michael John Nichols, Jr.'s interests in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1)-(2), § 881(a)(11), and 18 U.S.C. § 924(d):

- Taurus Spectrum, .380 caliber semi-automatic pistol, S/N: 1F102105;
- Heritage Rough Rider, .22 caliber revolver, S/N: Z49415; and
- Any associated accessories and ammunition, including .22 and .380

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 27th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE